UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Debra Sharpenstein<br>　*Plaintiff* | )<br>)<br>) |
| v. | )<br>) Case No. 3:23-cv-00112-GNS<br>) |
| First Resolution Investment<br>　Corporation, LLC *et al.*<br>　*Defendants* | )<br>)<br>)<br>) |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Debra Sharpenstein and Defendants First Resolution Investment Corporation, LLC, Michael J. Keeney, and Ivan J. Frockt, having jointly stipulated that this case be dismissed with prejudice as to all claims against First Resolution Investment Corporation, LLC, Michael J. Keeney, and Ivan J. Frockt as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Debra Sharpenstein's claims against Defendants First Resolution Investment Corporation, LLC, Michael J. Keeney, and Ivan J. Frockt, in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

Greg N. Stivers, Chief Judge
United States District Court

April 21, 2023

APPROVED BY:

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Debra Sharpenstein*

/s/ James H. Lawson (by permission)
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*
*Debra Sharpenstein*

/s/ Joseph N. Tucker (by permission)
Joseph N. Tucker
*Dinsmore & Shohl LLP*
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Tel: (502) 540-2300
Fax: (502) 585-2207
E-mail: joseph.tucker@dinsmore.com
*Counsel for Defendants*
*First Resolution Investment Corporation, LLC, Michael J. Keeney, and Ivan J. Frockt*